# EXHIBIT B

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VANDERLEI CUNHA,<br><br>        Plaintiff,<br><br>vs.<br><br>LVNV FUNDING, LLC AND KEVIN BRANIGAN,<br><br>        Defendants. | CIVIL ACTION NO.: |

## CONSENT TO REMOVAL

The Defendant, Kevin Branigan, hereby expresses his consent to the removal of the matter of *Vanderlei Cunha v. LVNV Funding, LLC and Kevin Branigan*, 1368-sc-000227, Trial Court Department, Clinton District Court to the United States District Court for the District of Massachusetts.

                                            Respectfully submitted,
                                            KEVIN BRANIGAN
                                            By his Attorneys,

                                            */s/ Andrew M. Schneiderman*
                                            Ranen S. Schechner, BBO #655641
                                            rschechner@hinshawlaw.com
                                            Andrew M. Schneiderman, BBO #666252
                                            aschneiderman@hinshawlaw.com
                                            Hinshaw & Culbertson LLP
                                            28 State Street, 24th Floor
                                            Boston, MA 02109
                                            617-213-7000

Date: 6/13/13

34353474v1 0946659