**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| VANDERLEI CUNHA,<br><br>        Plaintiff,<br><br>v.<br><br>LVNV FUNDING, LLC,<br><br>        Defendant. | CIVIL ACTION NO. 1:13-cv-11418- JGD |

**JOINT NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-referenced case have reached a settlement. The parties anticipate that a stipulation of dismissal with prejudice pursuant to Fed. R. Civ. P. 41(a) will be filed within the next 60 days. The parties respectfully request this court kindly issue a 60-day nisi order.

Respectfully submitted

| | |
|---|---|
| VANDERLEI CUNHA | LVNV FUNDING, LLC |
| By His Attorney | By Its Attorneys |
| */s/ L. Dean Pender* | */s/ Andrew M. Schneiderman* |
| L. Dean Pender, BBO# 677676 | Andrew M. Schneiderman, BBO #666252 |
| 113 Regent Street #2 | HINSHAW & CULBERTSON LLP |
| Boston, MA 02119 | 28 State Street, 24th Floor |
| 205-540-2439 | Boston, MA 02109 |
| deanpender@gmail.com | 617-213-7000 |
| | 617-213-7001  (facsimile) |
| | aschneiderman@hinshawlaw.com |

Dated:    October 14, 2016

2

**CERTIFICATE OF SERVICE**

      I, Andrew M. Schneiderman, hereby certify that the documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                       */s/ Andrew M. Schneiderman*
                                         Andrew M. Schneiderman

34681254v1 0946659